■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SALLAI, Appellant. [627 NYS2d 975] —Appeal by the defendant from an amended sentence of the County Court, Orange County (Pano Z. Patsalos, J.), imposed March 11, 1994, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition

thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree.

Ordered that the amended sentence is affirmed.

The defendant's amended sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.